MARY S. MACARTHUR, as Executrix, etc., of ARTHUR F. MACARTHUR, Deceased, Respondent, v. JANE EVERETT and JANE EVERETT, INC., Appellants.— On argument, order, as resettled, in so far as appealed from, denying motion for examination of Jane Everett before trial, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

THERESA S. McGOLDRICK, Respondent, v. LAWRENCE J. McGOLDRICK, Appellant.— Order granting plaintiff's motion for alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Seeger and Scudder, JJ., concur; Carswell, J., not voting.

H. EDWARD MOONEY and H. E. MOONEY CO., INC., Respondents, v. ARTHUR PINOVER, Defendant, and BENJAMIN FRIEDMAN and Others, Appellants.— Order denying motion to dismiss or to correct amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.

OCEAN EDGE REALTY CORPORATION, Appellant, v. MAX ROTH, Respondent. ABRAHAM KARPEY, Defendant.— Order relieving defendant Roth from certain stipulations made upon trial of action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.

JOHN J. O'DONNELL, Appellant, v. J. NORMAN WHITEHOUSE and Others, Doing Business under the Style and Name of WHITEHOUSE & COMPANY, Respondents. (Appeal No. 1.) — Order as resettled denying plaintiff's motion to strike out amended answer, for judgment, and to dismiss counterclaim affirmed, with ten dollars costs and disbursements; plaintiff's time to serve a reply extended ten days from entry of the order herein. No opinion. Kapper, Hagarty, Seeger, Carswell and Scudder, JJ., concur.

JOHN J. O'DONNELL, Respondent, v. J. NORMAN WHITEHOUSE and Others, Doing Business under the Firm Name and Style of WHITEHOUSE & COMPANY, Appellants.— Order denying motion to vacate notices for examination before trial and directing examination to proceed affirmed, with ten dollars costs and disbursements. Examination to proceed at same hour and place upon five days' notice. No opinion. Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.

THE PURE OIL COMPANY, Appellant, v. SARAH ROSENGARTEN and WILLIAM J. FITZPATRICK, Respondents.— Judgment reversed on the law and the facts and new trial granted, costs to abide the event. We are of opinion that plaintiff made out a *prima facie* case to entitle it to specific performance, and that the complaint was, under the circumstances, improperly dismissed on the merits. Rich, Hagarty, Carswell and Scudder, JJ., concur; Lazansky, P. J., dissents.